1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    CHARLES CHATMAN,

10              Plaintiff,                    No. CIV S-09-1028 JAM KJM P

11        vs.

12   T. FELKER, et al.,

13              Defendants.                   ORDER
     _____/

14

15        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

16   under 42 U.S.C. § 1983.  On December 2, 2009, the court directed the U.S. Marshal to serve

17   defendant Patton, among other defendants.  On April 26, 2010, plaintiff notified the court that

18   the Marshal had been unable to serve defendant Patton in another of plaintiff's cases, that he had

19   unsuccessfully sought information through California's Public Record Act and through the

20   prison, and asked for court intervention.  The court denied the motion without prejudice.

21   Thereafter, plaintiff asked counsel for defendants if he would accept service for defendant

22   Patton.  Counsel told plaintiff he was not authorized to accept service for defendant Patton and

23   did not know where Patton was.  Docket No. 35 at 6.  Plaintiff has now asked the court to direct

24   counsel to accept service for defendant Patton or take other appropriate actions to ensure that

25   defendant Patton is served.

26   /////

1

The court will not ask counsel to accept service on behalf of a person whose location is unknown.  Moreover, it appears that plaintiff has exhausted reasonable means of finding defendant Patton.  The court has no ability to find the defendant and order that he be served.

IT IS THEREFORE ORDERED that plaintiff's motion for court intervention (docket no. 35) is denied.

DATED:  October 21, 2010.

_____
U.S. MAGISTRATE JUDGE

2

chat1028.ord