IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                     No. CIV S-09-1028 JAM CKD P

    vs.

TOM FELKER, et al.,

    Defendants.              ORDER

_____/

        In light of the March 28, 2012 resolution of defendants' motion to dismiss, IT IS HEREBY ORDERED that defendants Williams, Uribe, Smith, Harrod, Keating, Probst, Felker, McDonald, Perez and Harper file their answer to plaintiff's remaining claims within fourteen days.

Dated: April 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
chat1028.ans