IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

      Plaintiff,                No. CIV S-09-1028 JAM CKD P

      vs.

TOM FELKER, et al.,

      Defendants.       ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 3, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed April 3, 2012, are adopted in full; and

2. Defendant Patton's January 3, 2012 motion to dismiss is granted with respect to plaintiff's First Amendment claim, and denied as to plaintiff's Eighth Amendment claim.

DATED:  June 14, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE