IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                      2:09-cv-1028 JAM CKD P

    vs.

TOM FELKER, et al.,

    Defendants.                <u>ORDER</u>

                              /

        In light of the fact that defendant Patton's motion to dismiss was recently denied, defendant Patton is hereby directed to file his answer within fourteen days.

Dated: June 18, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
chat1028.ans