IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,** | Case No. 2:09-cv-1028-JAM-CKD (P) |
| Plaintiff, | **ORDER** |
| v. | |
| **TOM FELKER, et al.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff Charles Chatman's deposition via video-conference is granted.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: August 23, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE