IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES CHATMAN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**TOM FELKER, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:09-cv-1028-JAM-CKD (PC)<br><br>**ORDER THAT DEFENDANTS MAY COMPLETE PLAINTIFF'S DEPOSITION BY NOVEMBER 16, 2012** |

　　The Court, having considered the parties' stipulation that Defendants may complete Plaintiff's deposition by November 16, 2012, and good cause having been found,

　　**IT IS ORDERED THAT** Defendants may complete Plaintiff's deposition by November 16, 2012.

Dated: October 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE