UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CHATMAN, | No. 2:09-cv-1028 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| TOM FELKER, et al., | |
| Defendants. | |

In an effort to resolve pending discovery matters, the court has reviewed plaintiff's complaint. Page 24 is missing from the copy on file. Good cause appearing, IT IS HEREBY ORDERED that plaintiff submit page 24 of his complaint within 14 days of this order. Plaintiff's failure to provide page 24 within 14 days may result in a recommendation that this action be dismissed.

Dated: May 28, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/chat1028.24

1