IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CHATMAN,

    Plaintiff,                    No. 2:09-cv-1028 JAM CKD P

vs.

TOM FELKER, et al.,

    Defendants.               ORDER

_____/

    Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights pursuant to 42 U.S.C. § 1983. The remaining defendants are either former or current employees of the California Department of Corrections and Rehabilitation. On December 19, 2012, defendants filed a motion asking that the court compel plaintiff to provide further answers to questions asked at plaintiff's deposition. The questions are related to plaintiff's claims against defendant Keating.

    Defendants' motion will be denied as defendants fail to identify specific questions plaintiff should be required to answer. Instead, defendants point to topics plaintiff should be compelled to address. Ordering plaintiff to answer all questions concerning a certain topic would be overbroad. While defendants' motion will be denied, they may resubmit their motion within

/////

1  14 days provided they identify specific questions plaintiff refused to answer at his deposition and
2  a basis to compel plaintiff to answer those questions.[1]
3      Accordingly, IT IS HEREBY ORDERED that defendants' December 19, 2012 motion to
4  compel (ECF No. 101) is denied without prejudice to renewal within 14 days provided
5  defendants identify specific questions related to plaintiff's claims against defendant Keating that
6  plaintiff refused to answer at his deposition and a basis for compelling plaintiff to answer those
7  questions.

Dated: June 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] chat1028.36(dis2)

---

[1] In their motion, defendants seek an extension of time to file a motion for summary judgment. The deadline for filing motions for summary judgment was extended by order entered February 16, 2013. Defendants filed their motion for summary judgment on April 8, 2013.