KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RENE L. LUCARIC, State Bar No. 180005
Supervising Deputy Attorney General
DAVID A. CARRASCO, State Bar No. 160460
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6334
 Fax:  (213) 897-7604
 E-mail:  David.Carrasco@doj.ca.gov
*Attorneys for Defendants*
*Harper, Harrod, Keating, Probst, Smith, Uribe*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES CHATMAN,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**TOM FELKER, et al.,**<br><br>                              Defendants. | 2:09-cv-1028-JAM-CKD (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Charles Chatman and Defendants Harper, Harrod, Keating, Patton, Probst, Smith, and Uribe stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  June 9, 2014                                      Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RENE L. LUCARIC
Supervising Deputy Attorney General

_/s/_____
DAVID A. CARRASCO
Deputy Attorney General
*Attorneys for Defendants Harper, Harrod, Keating, Patton, Probst, Smith, and Uribe*

Dated:  June 9, 2014                                      __/s/_____
CHARLES CHATMAN
*Plaintiff Pro Se*

SA2010300370
11369961.doc

2

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  7/2/2014                             /s/ John A. Mendez_____
                                             John A. Mendez
                                             United States District Court Judge